UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6237 SJO (FMOx) | Date | September 28, 2009 |
|---|---|---|---|
| Title | POM WONDERFUL LLC v. THE COCA-COLA COMPANY, ET AL. | | |

| Present: The Honorable | Fernando M. Olguin, United States Magistrate Judge | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) RE: VACATING HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

  IT IS ORDERED THAT the hearing set for September 30, 2009, at 10:00 a.m. with respect to plaintiff's Motion to Compel Discovery Responses is hereby **vacated**.  The court's decision on the Motion will follow.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | mr |