# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

CASE NO.: <u>CV 08-06237 SJO (FMOx)</u>   DATE: <u>February 9, 2010</u>

TITLE: <u>Pom Wonderful LLC v. The Coca Cola Company</u>

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                             Not Present

========================================================================

**PROCEEDINGS (IN CHAMBERS):   IN CHAMBERS**

The Court continues the Jury Trial to Tuesday, April 6, 2010 @ 9:00 a.m. and the Pretrial Conference is continued to Monday, March 29, 2010 @ 9:00 a.m.