1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDREW S. CLARE (SBN 050289)
aclare@loeb.com
MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

DANIEL SILVERMAN (SBN 137864)
dsilverman@roll.com
KRISTINA M. DIAZ (SBN 151566)
kdiaz@roll.com
DANIEL A. BECK (SBN 204496)
dbeck@roll.com
ROLL LAW GROUP P.C.
11444 W. Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone:  310-966-8400
Facsimile:   310-966-8810

ALLEN J. RUBY (SBN 047109)
aruby@allenrubylaw.com
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: 408-998-8500
Facsimile: 408-998-8503

Attorneys for Plaintiff,
POM WONDERFUL LLC

NELSON L. ATKINS (SBN 036752)
nelson_atkins@gshllp.com
GONZALEZ SAGGIO & HARLAN
3699 Wilshire Boulevard, Suite 890
Los Angeles, California 90010
Telephone: 213-487-1400
Facsimile: 213-487-1404

STEVEN A. ZALESIN
(admitted *pro hac vice*)
sazalesin@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-336-2000
Facsimile: 212-336-2222

Attorneys for Defendant,
THE COCA COLA COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>THE COCA COLA COMPANY, a Delaware corporation; and DOES 1 through 100,<br><br>                Defendants. | Case No. CV08-06237 SJO (FMOx)<br><br>**AMENDED JOINT WITNESS LIST** |

**RESERVATION OF RIGHTS**

In addition to the witnesses set forth below, plaintiff Pom Wonderful LLC ("Pom") and defendant The Coca-Cola Company ("TCCC") (collectively, the "Parties") reserve the right to call impeachment witnesses as well as any witness listed by the Parties herein.

Further, for witnesses who are called in the first instance by TCCC, including but not limited to TCCC's own employees, officers and directors, Pom reserves the right to conduct cross examination and to convert time currently designated for direct/redirect exam into time for cross/recross examination in whole or in part and without prejudice to designating cross/recross examination in time that is longer than the currently designated time for direct/redirect examination.

Further, for witnesses who are called in the first instance by Pom, including but not limited to Pom's own employees, officers and directors, TCCC reserves the right to conduct cross examination and to convert time currently designated for direct/redirect exam into time for cross/recross examination in whole or in part and without prejudice to designating cross/recross examination in time that is longer than the currently designated time for direct/redirect examination.

Further, listing of any witness and their respective subject matter is without prejudice to any currently pending motion in limine or any future motion or application to exclude or limit evidence, testimony or argument.

Pom expects to call the following live witnesses at trial in this matter:

| Name | Subject | Time Estimate |
|------|---------|---------------|
| **Stewart Resnick** – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400.  Mr. Resnick is the Chairman and co-owner of Pom. | He is expected to testify about the history of Pom; all aspects of Pom's business; his reasons for bringing this suit; his beliefs pertaining to the Minute Maid Pomegranate Blueberry juice product's ("Juice") name and label; and his reaction when he learned how much pomegranate and blueberry juice is contained in that product. | **Direct:**    2:15<br>**Cross:**     1:15<br>**Redirect:**    :15<br>**Recross:**     :15 |
| Matt Tupper – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400.  Mr. Tupper is the President of Pom. | He is expected to testify about Pom's branded juice products, including its bottled pomegranate juice and pomegranate juice blend products;  the research Pom funded regarding the nutritional qualities and health | **Direct:**    2:30<br>**Cross:**     3:30<br>**Redirect:**    :20<br>**Recross:**     :20 |

AMENDED JOINT WITNESS LIST

| | | |
|---|---|---|
| | benefits of pomegranate juice; the marketing and advertising of Pom's branded juice products; Pom's costs to produce, market and distribute its branded juice products; Pom's production capacity; Pom's market presence and position; Pom's customer relationships and the impact of the Juice on those relationships; Pom's sales and the impact of the Juice on those sales; Pom's consumer goodwill; and generally Pom's lost sales and lost profits as a result of the Juice. | |
| Paul Sheppard – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400.  Mr. | He is expected to testify about Pom's demand management; Pom's production capacity; Pom's costs to produce, | **Direct:**      :55<br>**Cross:**      1:00<br>**Redirect:**      :15<br>**Recross:**      :15 |

Case 2:08-cv-06237-SJO-FMO    Document 264    Filed 02/09/2010    Page 5 of 28

| | | |
|---|---|---|
| Sheppard is Vice President and General Manager of Beverages of Pom. | market and distribute its branded juice products; Pom's sales; and Pom's lost sales and lost profits as result of the Juice. | |
| John "Skip" Leach – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400. Mr. Leach is Vice President, Roll Services LLC. | He is expected to testify about Pom's market presence and position; Pom's customer relationships and the impact of the Juice on those relationships; Pom's sales and the impact of the Juice on those sales; and the retail-level product placement of Pom's branded juice products. Mr. Leach's testimony will address issues during the period of time after he took over his position from Mr. Vetter. | **Direct:** :40 <br> **Cross:** :45 <br> **Redirect:** :10 <br> **Recross:** :10 |
| Kurt Vetter – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; | He is expected to testify about Pom's market presence and position; Pom's customer | **Direct:** :45 <br> **Cross:** :45 <br> **Redirect:** :10 |

| | | |
|---|---|---|
| (310) 966-8400. Mr. Vetter is the Senior Vice President and General Manager of Asia/Pacific Beverages for Pom-Asia, and is the former Vice President of Sales for Pom. | relationships and the impact of the Juice on those relationships; Pom's sales and the impact of the Juice on those sales; and the retail-level product placement of Pom's branded juice products. Mr. Vetter's testimony will address issues during the period of time before Mr. Leach took over his position in North America. | **Recross:**       :10 |
| Bill Phillimore – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400. Mr. Phillimore is Executive Vice President and Chief Financial Officer of Paramount Farming Company. | He is expected to testify about Pom's juice operation, including the process for turning pomegranates into pomegranate juice. | **Direct:**       :40 <br> **Cross:**       :45 <br> **Redirect:**       :10 <br> **Recross:**       :10 |
| Joe MacIlvaine – c/o Roll Law Group P.C., 11444 | He is expected to testify about the planting of | **Direct:**       :40 <br> **Cross:**       :45 |

AMENDED JOINT WITNESS LIST

| | | |
|---|---|---|
| W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400. Mr. MacIlvaine is President of Paramount Farming Company. | pomegranate trees and the harvesting of those trees to sell fresh pomegranates and to make pomegranate juice for sale. | **Redirect:**    :10<br>**Recross:**    :10 |
| Dr. E. Deborah Jay – 601 California Street, San Francisco, CA 94108. Dr. Jay is President and CEO of Field Research Corporation, one of the oldest and most respected marketing and public research firms in the United States. Dr. Jay has more than 30 years of experience conducting large-scale consumer surveys of all types. | Dr. Jay is expected to testify regarding her analysis of the consumer survey ("Field Survey") that she conducted regarding the Juice. | **Direct:**    1.00<br>**Cross:**    1:30<br>**Redirect:**    :15<br>**Recross:**    :15 |
| Joseph Anastasi – 201 Mission Street, Suite 800, San Francisco, CA 94105. Mr. Anastasi is a CPA and Managing Director for LECG, a global expert | Mr. Anastasi is expected to testify regarding the extent of the injury that Pom has suffered as a result of TCCC's false advertising, and to Pom's | **Direct:**    2:30<br>**Cross:**    2:30<br>**Redirect:**    :20<br>**Recross:**    :20 |

| | | |
|---|---|---|
| services and consulting firm.  Mr. Anastasi has more than 33 years of experience as a financial expert in the area of forensic accounting and analyzing financial damages for matters in litigation. | entitlement to an award of monetary relief including, but not limited to, Pom's lost profits and TCCC's profits. | |

Pom expects to offer at trial the testimony of the following witnesses by way of deposition.  Each of these witnesses is either employees or former employees of TCCC or were third parties retained by TCCC to perform services relating to the Juice:

| Name | Subject | Time Estimate |
| --- | --- | --- |
| Kirsten Bahlke – TCCC employee. | | :15 |
| Denise Rasmussen – TCCC employee | | :30 |
| Lucy Reid – TCCC employee | | :55 |
| Kimberly Ritsema - former employee of Doner Advertising, whom TCCC retained to do advertisements for the Juice. | | :45 |
| Juan Cristian Santa Maria – TCCC employee | | :45 |
| Bryan Sawyer – President of CMA Brand Presence & Design, a design company whom TCCC retained to prepare the | | 1:00 |

| | | |
|---|---|---|
| label designs for the Juice. | | |
| Ashley Schmidt – TCCC employee | | :25 |
| Richard Shen – TCCC employee | | :35 |
| Donald Striegel – TCCC employee | | :20 |
| Charles Torrey – TCCC employee | | :30 |
| Nancy Tyndal – TCCC employee | | :45 |
| Daniel Walsh – former TCCC employee | | 1:30 |

Pom may also call the following witnesses at trial if a need arises:

| Name | Subject | Time Estimate |
|---|---|---|
| Lynda Resnick* – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400. Mrs. Resnick is a co-owner | She is expected to testify, if the need arises, about the marketing of Pom's branded juice products and to rebut testimony and other evidence offered by | **Direct:**     :45<br>**Cross:**     1:00<br>**Redirect:**     :15<br>**Recross:**     :15 |

| | | |
|---|---|---|
| Pom. | defendant. | |
| Michael Perdigao* – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400.  Mr. Perdigao is the President, Advertising & Corporate Communications, for Roll International Corporation. | He is expected to testify, if the need arises, about the advertising of Pom's branded juice products and to rebut testimony and other evidence offered by defendant. | **Direct:**    :35<br>**Cross:**    1:00<br>**Redirect:**    :15<br>**Recross:**    :15 |
| Malcolm Knight* – c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400.  Mr. Knight is the Vice President of Product Development & Quality of Pom. | He is expected to testify, if the need arises, regarding the ingredients, formulation and testing of Pom's branded juice products. | **Direct:**    :20<br>**Cross:**    1:00<br>**Redirect:**    :15<br>**Recross:**    :15 |
| Dr. Mark Dreher* – P.O. Box 8896, Calabasas, CA. 91372.  Mr. Dreher is the former Vice President of Scientific and Regulatory Affairs/Chief Scientific | Mr. Dreher is expected to testify, if the need arises, about the scientific research program at Pom during his tenure and to rebut testimony and other | **Direct:**    :40<br>**Cross:**    1:00<br>**Redirect:**    :15<br>**Recross:**    :15 |

AMENDED JOINT WITNESS LIST

| | | |
|---|---|---|
| Officer at Pom. | evidence offered by defendant. | |
| Dr. Allan Pantuck* – UCLA, Department of Urology, 924 Westwood Blvd, Ste 1050, Los Angeles, CA. 90024. | Dr. Pantuck is expected to testify, if the need arises, about the results of a human study he conducted regarding the effects of pomegranate juice on prostate cancer. | **Direct:**      1:00<br>**Cross:**      1:00<br>**Redirect:**      :15<br>**Recross:**      :15 |
| Dr. Michael Aviram* - 57 Svedia Street, Haifa, Israel. | Dr. Aviram is expected to testify, if the need arises, about the mechanistic research he conducted regarding the antioxidant properties of pomegranate juice and their relationship to cardiovascular health. | **Direct:**      :50<br>**Cross:**      1:00<br>**Redirect:**      :15<br>**Recross:**      :15 |
| Dr. David Heber* – Center for Human Nutrition, 900 Veteran Avenue, #12-217, Los Angeles, CA. 90095. | Dr. Heber is expected to testify, if the need arises, about numerous studies he participated in and their results generally pertaining to the mechanisms of antioxidants in | **Direct:**      1:00<br>**Cross:**      1:00<br>**Redirect:**      :15<br>**Recross:**      :15 |

| | | |
|---|---|---|
| | pomegranate juice. | |
| Dr. Michael Davidson* – Radiant Research, 515 North State Street, Suite 2700, Chicago, IL. 60654. | Dr. Davidson is expected to testify, if the need arises, about the results of clinical studies he conducted regarding the effects pomegranate juice on cardiovascular health. | **Direct:**     :45<br>**Cross:**     1:00<br>**Redirect:**     :15<br>**Recross:**     :15 |
| Dr. David Kessler* - 2715 Steiner Street, San Francisco, CA. 94123. Dr. Kessler serves on Pom's Scientific Advisory Board. | He is expected to testify, if the need arises, about Pom's medical research program and his role in managing that program. | **Direct:**     :45<br>**Cross:**     1:00<br>**Redirect:**     :15<br>**Recross:**     :15 |
| Dr. Harley Liker* – 9675 Brighton Way, Suite 350, Beverly Hills, CA. 90210.  Mr. Liker is Pom's Chief Medical Officer. | Mr. Liker is expected to testify, if the need arises, about the scientific research and studies he directed and coordinated pertaining to pomegranate juice. | **Direct:**     :50<br>**Cross:**     1:00<br>**Redirect:**     :15<br>**Recross:**     :15 |
| Richardo Carvajal* – 700 13th Street, N.W., Suite 1200, Washington D.C. 2005.  Mr. Carvajal is Of | Mr. Carvajal is expected to testify, if the need arises, in rebuttal to TCCC's claim that its | **Direct:**     :45<br>**Cross:**     1:00<br>**Redirect:**     :15 |

| | | |
|---|---|---|
| Counsel at Hyman, Phelps & McNamara, a law firm that specializes in providing counseling and representation to manufacturers and marketers of products regulated by the U.S. Food and Drug Administration (FDA). Mr. Carvajal served as Associate Chief Counsel in FDA's Office of Chief Counsel from 2002 to 2007. | product complies with all applicable FDA regulations. | **Recross:**      :15 |
| Ed Chapman* –   c/o Roll Law Group P.C., 11444 W. Olympic Blvd., Los Angeles, CA. 90064; (310) 966-8400.  Mr. Chapman is from Advantage Sales and Marketing, Pom's broker for Walmart. | Mr. Chapman is expected to testify, if the need arises, about photographs he took of stores in Kansas depicting shelving of juice. | **Direct:**      :05 <br> **Cross:**      :05 <br> **Redirect:**      :00 <br> **Recross:**      :00 |

Defendant The Coca-Cola Company ("TCCC") expects to call the following witnesses at trial in this matter:

**TCCC EMPLOYEES**

| Name | Subject | Time Estimate | | |
|------|---------|---------------|---|---|
| **Denise Rasmussen** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313.  Ms. Rasmussen is Director of Knowledge & Insights at The Coca-Cola Company. | Minute Maid market research | **Direct:**    1:30<br>**Cross:**    1:15<br>**Redirect:**    :20<br>**Recross:**    :05 | | |
| **Juan Cristian Santa Maria** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313.  Mr. Sanata Maria is Director of Scientific and Regulatory Affairs at The Coca-Cola Company. **(or alternatively Rhona Appelbaum or Lucy Reid as per below under as needed witnesses)** | Review and approval of labeling for the Juice; compliance with FDA labeling requirements | **Direct:**    1:00<br>**Cross:**    :40<br>**Redirect:**    :15<br>**Recross:**    :05 | | |

AMENDED JOINT WITNESS LIST

| | | | |
|---|---|---|---|
| **Ashley Schmidt** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Ms. Schmidt is Brand Director, Minute Maid at The Coca-Cola Company. | Minute Maid brand and business; Marketing and sale of the Juice | **Direct:**<br>**Cross:**<br>**Redirect:**<br>**Recross:** | 1:00<br>:45<br>:15<br>:05 |
| **Mike St. John** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Mr. St. John is President and General Manager, Minute Maid at The Coca-Cola Company. | Minute Maid brand and business; Review and approval of labeling for the Juice; Marketing of the Juice | **Direct:**<br>**Cross:**<br>**Redirect:**<br>**Recross:** | 1:00<br>:40<br>:15<br>:05 |
| **Don Striegel** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Mr. Striegel is Director of juice research and development at The Coca-Cola Company. | Development and formulation of the Juice | **Direct:**<br>**Cross:**<br>**Redirect:**<br>**Recross:** | 1:00<br>:35<br>:15<br>:05 |
| **Charles Torrey** c/o The | Minute Maid business; | **Direct:** | 2:00 |

| Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Mr. Torrey is Vice President Marketing, Minute Maid at The Coca-Cola Company. | Development, sales and marketing of the Juice; Costs and absence of profits for the Juice | **Cross:** 1:00<br>**Redirect:** :20<br>**Recross:** :05 |
| --- | --- | --- |
| **TCCC Employee witnesses to be called if need arises:** | | |
| **Rhona Applebaum** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Ms. Applebaum is Vice President, Chief Scientific and Regulatory Officer at The Coca-Cola Company. (If need arises) | Review and approval of labeling for the Juice; compliance with FDA labeling requirements | **Direct:** 1:00<br>**Cross:** :30<br>**Redirect:** :15<br>**Recross:** :05 |
| **Kirsten Bahlke** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Ms. Bahlke is | Development of the Juice; marketing plans and goals | **Direct:** :45<br>**Cross:** :30<br>**Redirect:** :10<br>**Recross:** :05 |

AMENDED JOINT WITNESS LIST

| | | |
|---|---|---|
| Director of Marketing at The Coca-Cola Company. (If need arises) | | |
| **Marge Leahy** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Ms. Leahy is Nutrition & Food Sciences Director at The Coca-Cola Company. (If need arises) | Brain health claims and substantiation | **Direct:** 1:00 <br> **Cross:** :20 <br> **Redirect:** :15 <br> **Recross:** :05 |
| **Susan Martin** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Ms. Martin is Manager of ingredient quality at The Coca-Cola Company. (If need arises) | Testing of the Juice | **Direct:** :45 <br> **Cross:** :10 <br> **Redirect:** :10 <br> **Recross:** :05 |
| **Alison Powell** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA | Marketing of the Juice at and around time of launch | **Direct:** :45 <br> **Cross:** :30 <br> **Redirect:** :10 <br> **Recross:** :05 |

| | | |
|---|---|---|
| 30313.  Ms. Powell is Brand Manager, Minute Maid at The Coca-Cola Company.<br>(If need arises) | | |
| **Lucy Reid** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313.  Ms. Reid is Director of Scientific and Regulatory Affairs at The Coca-Cola Company.<br>(If need arises) | Review and approval of labeling for the Juice; compliance with FDA labeling requirements | **Direct:** 1:00<br>**Cross:** :45<br>**Redirect:** :15<br>**Recross:** :05 |
| **Rick Rodgers** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313.  Mr. Rodgers is Director of Creative Services at The Coca-Cola Company.<br>(If need arises) | Design and development of labeling for the Juice | **Direct:** :30<br>**Cross:** :20<br>**Redirect:** :10<br>**Recross:** :05 |
| **Richard Shen** c/o The Coca-Cola Company, One | Development and formulation of the Juice | **Direct:** :45<br>**Cross:** :45 |

| | | |
|---|---|---|
| Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Mr. Shen is Senior Scientist at The Coca-Cola Company. (If need arises) | | **Redirect:**   :10<br>**Recross:**    :05 |
| **Nancy Tyndal** – c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Ms. Tyndal is Manager of client services at The Coca-Cola Company. (If need arises) | Consumer communications | **Direct:**      :45<br>**Cross:**       :45<br>**Redirect:**   :10<br>**Recross:**    :05 |
| **Richard Villanueva** c/o The Coca-Cola Company, One Coca-Cola Plaza NW, NAT 2004, Atlanta, GA 30313. Mr. Villanueva is Director of Finance, Minute Maid at The Coca-Cola Company. (If need arises) | Costs of the Juice; absence of profit for the Juice | **Direct:**      1:00<br>**Cross:**       :30<br>**Redirect:**   :15<br>**Recross:**    :05 |

AMENDED JOINT WITNESS LIST

## POM EMPLOYEES OR FORMER EMPLOYEES

| Name | Subject | Time Estimate | |
|---|---|---|---|
| **Mark Dreher** (If not called by Pom) P.O. Box 8896, Calabasas, CA 91372.  Mr. Dreher is the former Vice President of Scientific and Regulatory Affairs/Chief Scientific Officer at Pom. | Development of Pom's juices; assessment of the Juice | **Direct:** **Cross:** **Redirect:** **Recross:** | 1:00 :40 :15 :05 |
| **Malcolm Knight** (If not called by Pom) Mr. Knight is the Vice President of Product Development & Quality of Pom. | Formulation and flavoring of Pom and other juices | **Direct:** **Cross:** **Redirect:** **Recross:** | 1:00 :20 :15 :05 |
| **John "Skip" Leach** (By deposition if not called live by Pom) Mr. Leach is Vice President, Roll Services LLC. | Pom business, marketing, sales | :15 | |
| **Michael Perdigao** (If not called by Pom) | Marketing/advertising of Pom products | **Direct:** **Cross:** | 1:00 :35 |

| | | |
|---|---|---|
| Mr. Perdigao is President, Advertising & Corporate Communications for Roll International Corp. | | **Redirect:**      :15 <br> **Recross:**      :05 |
| **Lynda Resnick** <br> (By deposition if not called live by Pom) <br> Ms. Resnick is co-owner of Pom and architect of its marketing program. | Pom businesses, history, marketing, sales, competitors, claims, substantiation | :30 |
| **Stewart Resnick** <br> (By deposition if not called live by Pom) <br> Mr. Resnick is Chairman and co-owner of Pom. | Pom businesses, history, marketing, sales, competitors, claims, substantiation | :15 |
| **Paul Sheppard** <br> (By deposition if not called live by Pom) <br> Mr. Sheppard is Pom's Vice President and General Manager of Beverages | Pom business, sales, costs, profits | :15 |
| **Matthew Tupper** <br> (If not called by Pom) <br> Mr. Tupper is President of | Pom businesses, history, marketing, sales, competitors, claims, | **Direct:**      2:00 <br> **Cross:**      :30 <br> **Redirect:**      :15 |

| | | |
|---|---|---|
| Pom. | substantiation | **Recross:**        :05 |
| **Kurt Vetter** <br> (By deposition if not called live by Pom) <br> Mr. Vetter is Senior Vice President and General Manager of Asia/Pacific Beverages for Pom-Asia, and is Pom's former Vice President of Sales. | Pom business, marketing, sales | :15 |
| **Rob Six** <br> (If need arises) <br> Rob Six is or was a Pom employee. | | **Direct:**        :30 <br> **Cross:**         :10 <br> **Redirect:**       :10 <br> **Recross:**       :05 |

AMENDED JOINT WITNESS LIST

**THIRD PARTIES**

| Name | Subject | Time Estimate | | |
|------|---------|-------|---|---|
| **OTX Research** 10567 Jeffeson Blvd. Culver City, CA 90232 OTX performed market research for Pom. | Market research re Pom, Minute Maid and other juices | **Direct:** :45 **Cross:** :20 **Redirect:** :10 **Recross:** :05 | | |
| **Dan Walsh** **Formerly of TCCC** Mr. Walsh is a former Senior Brand Manager, Minute Maid at The Coca-Cola Company. (By deposition) | Development of the Juice | :15 | | |
| **Kim Ritsema** **Formerly of Doner Ad Agency**, 1636 Pearson St., Ferdale, MI 48220. Ms. Ritsema is a former account manager at Doner Ad Agency. (By deposition, if need arises) | Internal ad agency communications concerning the Juice | :15 | | |
| **David Vawter of Doner** | Internal communications | **Direct:** :30 | | |

AMENDED JOINT WITNESS LIST

| **Ad Agency**, 25900 Northwestern Hwy., Southfield, MI 48075. Mr. Vawter is a creative director at Doner Ad Agency. (If available and need arises) | concerning the Juice | **Cross:** :15 <br> **Redirect:** :10 <br> **Recross:** :05 |
|---|---|---|
| **Bryan Sawyer of** CMA Brand Presence and Design, 1207 Dunlavy St., Houston, TX 77019.  Mr. Sawyer is President of CMA Brand Presence & Design (If available or by deposition if need arises) | Development of labeling for the Juice | **Direct:** :30 <br> **Cross:** :10 <br> **Redirect:** :10 <br> **Recross:** :05 |

## EXPERTS

The following brief summaries are without prejudice to TCCC's experts testifying about (a) all matters set forth in their expert reports and during their depositions, (b) any information disclosed since that time, and (c) any evidence provided in the proceedings.

| **Name** | **Subject/Summary** | **Time Estimate** |
|---|---|---|

| | | |
|---|---|---|
| **Jeffrey Blumberg, Ph.D, FACN, CNS** Professor, Friedman School of Nutrition Science and Policy at Tufts University 711 Washington St. Boston, Massachusetts 02111 | In response to assumptions and theories set forth in Plaintiff's damages analysis concerning health claims about pomegranate juice, Dr. Blumberg will testify about what the medical literature actually does or does not support. | **Direct:** 2:30 **Cross:** 1:30 **Redirect:** :20 **Recross:** :05 |
| **Neal D. Fortin** Director, Institute for Food Laws & Regulation Michigan State University College of Agriculture and Natural Resources P.O. Box 230 Okemos, Michigan 48805 | Mr. Fortin, an authority on the history, implementation and operation of regulations regarding labeling of juices, will testify about those regulations, their relationship to federal statutory provisions, and their application to the Juice. | **Direct:** 1:30 **Cross:** :50 **Redirect:** :20 **Recross:** :05 |
| **Ran Kivetz, Ph.D** Professor of Marketing Columbia University Business School 3022 Broadway | Dr. Kivetz will (1) testify regarding flaws in the design, conduct, formulation and interpretation of results | **Direct:** 3:00 **Cross:** 2:00 **Redirect:** :30 **Recross:** :05 |

AMENDED JOINT WITNESS LIST

| | | |
|---|---|---|
| New York, New York 10027 | from Plaintiff's consumer survey, (2) testify regarding flawed assumptions made by Plaintiff's expert Joseph Anastasi, and (3) provide marketing analyses and opinions informing TCCC's damages analysis. | |
| **Avram S. Tucker, C.P.A.** Chief Executive Officer, TM Financial Forensics, LLC, 353 Sacramento St., Suite 2200, San Francisco, California 94111 | Mr. Tucker will testify that based on his calculations TCCC has not made any profit on the Juice and will also testify about flaws in Plaintiff's damages analysis and will provide an alternative measure of damages. | **Direct:**    2:00 <br> **Cross:**    1:30 <br> **Redirect:**    :20 <br> **Recross:**    :05 |
| **Richardo Carvajal** (By deposition if not called by Pom) Hyman, Phelps & McNamara 700 13th Street, N.W., Suite 1200, Washington | Mr. Carvajal will testify regarding application of federal regulations regarding juice labeling to Pom's products. | :15 |

AMENDED JOINT WITNESS LIST

| D.C. 2005. | | |
|---|---|---|

DATED: February 9, 2010          ROLL LAW GROUP P.C.


By: /s/ *Daniel S. Silverman*
  Daniel S. Silverman
  Attorneys for Plaintiff
  POM WONDERFUL LLC

DATED: February 9, 2010          PATTERSON BELKNAP WEBB &
                                 TYLER LLP


By: /s/ *Steven A. Zalesin*
  Steven A. Zalesin
  Attorneys for Defendant
  THE COCA COLA COMPANY

AMENDED JOINT WITNESS LIST