ALLEN J. RUBY (SBN 047109)
aruby@allenrubylaw.com
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: 408-998-8500
Facsimile: 408-998-8503

ANDREW S. CLARE (SBN 050289)
aclare@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067-4120
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

DANIEL SILVERMAN (SBN 137864)
dsilverman@roll.com
KRISTINA M. DIAZ (SBN 151566)
kdiaz@roll.com
DANIEL A. BECK (SBN 204496)
dbeck@roll.com
ROLL LAW GROUP P.C.
11444 West Olympic Blvd., 10th Floor
Los Angeles, California 90064-1557
Telephone:  310-966-8400
Facsimile:   310-966-8810

Attorneys for Plaintiff
POM WONDERFUL LLC

NELSON L. ATKINS (SBN 036752)
nelson_atkins@gshllp.com
KENNETH M. JONES (SBN 140358)
kenneth_jones@gshllp.com
GONZALEZ SAGGIO & HARLAN LLP
3699 Wilshire Boulevard, Suite 890
Los Angeles, California 90010
Telephone:  (213) 487-1400
Facsimile:  (213) 487-1404

STEVEN A. ZALESIN (admitted *pro hac vice*)
sazalesin@pbwt.com
TRAVIS J. TU (admitted *pro hac vice*)
tjtu@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222

Attorneys for Defendant
THE COCA-COLA COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>THE COCA COLA COMPANY, a Delaware corporation; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.  CV-08-06237 SJO (FMOx)<br><br>**FINAL JUDGMENT**<br><br>Hon. S. James Otero |

**WHEREAS:**

The Court has reviewed the Amended [Proposed] Pretrial Conference Order ("PTCO") filed by Plaintiff Pom Wonderful LLC ("Plaintiff") and Defendant The Coca-Cola Company ("Defendant");

The Court has issued its Order Granting In Part, Denying In Part Defendant's Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56; Denying Plaintiff's Motion For Partial Summary Adjudication Re: Defendant's Affirmative Defenses Of Safe Harbor And Compliance with Laws, entered on May 5, 2010 [Docket No. 360] (the "MSJ Order");

The MSJ Order dismissed Plaintiff's state law claims.  The MSJ Order also "precluded [Plaintiff] from pursuing its Lanham Act claim against the naming and labeling on the Juice's bottle," MSJ Order at 33, and "precluded [Plaintiff] from pursuing its Lanham Act claim against the Fruit Vignette." *Id.* at 36.  The MSJ Order did not preclude Plaintiff from pursuing its Lanham Act claim in other respects;

Plaintiff stipulates that, in light of the Court's MSJ Order, it cannot now carry its burden with respect to its Lanham Act claim and that, accordingly, the Court should dismiss with prejudice the remaining portion of Plaintiff's Lanham Act claim and enter Final Judgment for Defendant in this action with respect to all claims;

Plaintiff has expressly reserved its right to appeal this Final Judgment and the Court's prior orders in this matter including, but not limited to, the MSJ Order;

**IT IS ORDERED AND ADJUDGED THAT** final judgment is hereby entered in favor of Defendant The Coca-Cola Company.

Dated:  May 24, 2010

By:_____
Hon. S. James Otero
United States District Judge

1  Respectfully submitted by:

2  ROLL LAW GROUP P.C.

3
   By: ___/s/ *Daniel S. Silverman*
4  Daniel S. Silverman
   Attorneys for Plaintiff
5  POM WONDERFUL LLC

6
   PATTERSON BELKNAP WEBB & TYLER LLP
7
   By: ___/s/ *Steven A. Zalesin*
8  Steven A. Zalesin
   Attorneys for Defendant
9  THE COCA-COLA COMPANY