**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 31 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br><br>    Defendant - Appellee. | No. 13-55770<br><br>D.C. No. 2:08-cv-06237-SJO-FMO<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
1/31/14
CENTRAL DISTRICT OF CALIFORNIA
BY: MAT  DEPUTY

The parties' joint motion to stay appellate proceedings pending the United States Supreme Court's decision in *POM Wonderful LLC v. The Coca Cola Company*, United States Supreme Court case No. 12-761, is granted.

This appeal is stayed until September 19, 2014. At or prior to the expiration of the stay, the appellant shall file the opening brief or a motion for appropriate relief. If the opening brief is filed, the answering brief shall be due October 20, 2014. The optional reply brief is due 14 days after service of the answering brief.

The filing of the opening brief or the failure to file a further motion will terminate the stay.

Tah/1.27.14/Pro Mo

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Circuit Rules 27-7, 27-10