JEFFREY A. ROSENFELD (SBN 136896)
jeffrey.rosenfeld@dlapiper.com
DLA PIPER LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Tel:   310-595-3000
Fax:  310-595-3300

STEVEN A. ZALESIN (admitted *pro hac vice*)
sazalesin@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel:   212-336-2000
Fax:  212-336-2222

Attorneys for Defendant,
THE COCA COLA COMPANY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability corporation,<br><br>  Plaintiff,<br>  vs.<br><br>THE COCA COLA COMPANY, a Delaware corporation; and DOES 1 through 100,<br><br>  Defendants. | Case No. 2:08-cv-06237-SJO-MRW<br><br>**FINAL JUDGMENT**<br><br>Judge: Honorable S. James Otero |

[PROPOSED] FINAL JUDGEMENT

1  **WHEREAS,** on March 11, 2016, Plaintiff Pom Wonderful LLC's ("Pom")
2  only remaining cause of action against Defendant The Coca-Cola Company ("Coca-
3  Cola"), which alleged a violation of section 43(a) of the Lanham Act, 15 U.S.C.
4  § 1125(a), came on for a jury trial before the above-entitled Court, the Honorable S.
5  James Otero, United States District Judge, presiding, and a duly empaneled jury;

6  On March 21, 2016, the jury found in favor of Coca-Cola and against Pom,
7  finding that Pom had not proved by a preponderance of the evidence that the label or
8  packaging of Coca-Cola's juice product, even if literally true, nevertheless misled a
9  substantial portion of consumers.

10  **IT IS ORDERED AND DECREED** that, pursuant to Federal Rule of Civil
11  Procedure 58, Plaintiff Pom Wonderful LLC shall take nothing and that judgment is
12  hereby entered in favor of Defendant The Coca-Cola Company and against Plaintiff
13  Pom Wonderful LLC.

14  **IT IS FURTHER ORDERED AND DECREED** that, pursuant to Federal
15  Rule of Civil Procedure 54(d)(1), Defendant The Coca-Cola Company may recover
16  its costs of suit taxed in this matter from Plaintiff Pom Wonderful LLC.

19  Dated: March 29, 2016.

_S. James Otero_
Hon. S. James Otero
United States District Judge